UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

THOMAS B. MOWREY
CIVIL ACTION
VERSUS

NO. 18-261-JWD-RLB

JOSEPH STEVENSON
D/B/A SPORTMANS CROSSING

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 17, 2018, to which no opposition was filed;

**IT IS ORDERED** that the plaintiff's complaint is dismissed without prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on November 1, 2018.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**